UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS CURRAO,

                    Petitioner,

    -against-

RONALD MOSCICKI, Superintendent,
Lakeview Correctional Facility, and
ELIOT SPITZER, New York State
Attorney General,

                    Respondents.
-----------------------------------------------------------------X

JUDGMENT
04-CV-3346 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 27, 2005, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated July 6, 2005, denying the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; and that the petition for a writ of habeas corpus is denied.

Dated: Brooklyn, New York
       September 27, 2005

                                        /s/
                              ROBERT C. HEINEMANN
                              Clerk of Court